**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SHIRLEY L. JACKSON, ET AL. | CIVIL ACTION NO. 05-0156 |
| versus | JUDGE HICKS |
| GENERAL DOLLAR STORE, ET AL. | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss [Doc. 33] is **GRANTED**, and all claims asserted by Plaintiffs in this civil action are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of December, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE